AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Tavares Farrington | ) |
| Petitioner | ) ) ) ) |
| v. | ) Case No. 6:22-cv-1196 |
| | ) (Supplied by Clerk of Court) |
| Warden Antonelli (FBOP) | ) ) ) ) |
| Respondent | |

*(name of warden or authorized person having custody of petitioner)*

FILED 2022 JUL 11 PM 3:07 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name:  Tavares Farrington

    (b) Other names you have used:

2.  Place of confinement:

    (a) Name of institution:  U.S.P. Thomson

    (b) Address:  P.O. Box 1002

    Thomson, I.L.  61285

    (c) Your identification number:

3.  Are you currently being held on orders by:

    ☒ Federal authorities      ☐ State authorities      ☐ Other - explain:

    due to erroneous disciplinary finding placed petitioner on S.M.U.

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

    (a) Name and location of court that sentenced you:  Western District of Tennessee 111 Highland Ave. South, 262 United State Courthouse, Jackson, TN 38301

    (b) Docket number of criminal case:  17:0032

    (c) Date of sentencing:  January 19, 2019

    ☐ Being held on an immigration charge

    ☐ Other *(explain):*

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.   What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❏ Pretrial detention

❏ Immigration detention

❏ Detainer

❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☒ Disciplinary proceedings

☒ Other (explain): Due to coleman U.S.P. 1 not properly investigation his allege charge of assuault (224) he was sentence to 15 day D/S and the lost of 27 day good time along with Recidivism Rate raised being a First Step Act recipient.

6.   Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court: Bureau of prisons D.H.O Carol at Coleman U.S.P. 1, date P.O. Box 1023, Coleman, Fla. 33521

(b)  Docket number, case number, or opinion number: 

(c)  Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): The findings of guilty whereas I was assaulted by staff and to cover their actions they fabricated repets. Yet wellset camera footalbe and hand held video footage will show other wise in the Special housing unit.

(d)  Date of the decision or action: in the November 30, 2021

## Your Earlier Challenges of the Decision or Action

7.   **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes                ❏ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: Southeast Regional office, 3800 Camp Creek Parkway, S.W. Building 2000; Atlanta GA. 30331-6226

(2)  Date of filing: " Submitted in Bivens in this Honorable Court

(3)  Docket number, case number, or opinion number: 

(4)  Result: Denied

(5)  Date of result: 

(6)  Issues raised: Issues of being assuault both physically and sexually, along with the violation of due process for not doing a proper investigation before finding the petitioner guilty of assuult (224) based on the office's statement where petitioner lost good time and section to S.M.U.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

Special Management Unit. Though petition asked for wall set video footage and handheld video footage.

(b) If you answered "No," explain why you did not appeal: _____

_____

_____

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Central office General Counsel, 320 1st street N.W., Washington D.C. 20534

(2) Date of filing: Submitted with Bivens in this Honorable Court as Exibit

(3) Docket number, case number, or opinion number: _____

(4) Result: Denied

(5) Date of result: _____

(6) Issues raised: Same as above attacking the constitutionality of the investigation and the multiple assaults done to persons, along with the erroneous findings of guilty based on the officer's state though petitioner asked for video footage as evidence. Footage of both the wall set video and also the handheld video footage.

_____

_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

_____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(b)  If you answered "No," explain why you did not file a third appeal: _The next level is now_
_The 2241 motion petitioner now presents due to him appealing to the_
_two highest tribunal for the Federal Bureau of Prisons_

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☒ No

If "Yes," answer the following:

(a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☒ Yes                    ☐ No

If "Yes," provide:

(1)  Name of court:  _Western District of Tennessee Jackson Division_
(2)  Case number:  _11:0032_
(3)  Date of filing:  _2020_
(4)  Result:  _Still pending in District Court_
(5)  Date of result:  _____
(6)  Issues raised:  _The constitutionality of the 922 (g), the constitutionality_
_of the interstate commerce clause applying to the 922 (g) due to_
_not of its own having economic character based on Rehaif. Also a_
_5(e) based on the Wooden v. United States, along with continual ar-_
_gument that its an Ex post facto Law to violate the 2nd amendment_
_under Article 1 section 9 of the ~~same~~ United State Constitution._

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                    ☒ No

If "Yes," provide:

(1)  Name of court:  _____
(2)  Case number:  _____
(3)  Date of filing:  _____
(4)  Result:  _____
(5)  Date of result:  _____
(6)  Issues raised:  _____

_____
_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
        conviction or sentence: _____

_____
_____
_____
_____
_____
_____
_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes            ☑ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: _____

(b)    Date of the removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

        ☐ Yes            ☐ No

        If "Yes," provide:

        (1) Date of filing: _____

        (2) Case number: _____

        (3) Result: _____

        (4) Date of result: _____

        (5) Issues raised: _____

_____
_____
_____
_____
_____

(d)    Did you appeal the decision to the United States Court of Appeals?

        ☐ Yes            ☑ No

        If "Yes," provide:

        (1) Name of court: _____

        (2) Date of filing: _____

        (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes                    ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _A Bivens and Tort Claim was filed._

(b) Name of the authority, agency, or court: _The Bivens lies in this Honorable Court and the Tort was submit to the Southeast Regional office_

(c) Date of filing: _The Bivens filed June 23ᴬᴰ Regional office March 4, 2022_

(d) Docket number, case number, or opinion number: ~~For Record~~ N/A

(e) Result: _In court_

(f) Date of result: _____

(g) Issues raised: _The violation of the battery to petitioner's persons was was sent to the Regional office. The ~~Exective~~ EXECIVE USE OF FORCE was filed in this Honorable Court presenting exhaustion and also that the petitioner was assault by staff and the deliberate indifference to the injuries he suffered. Also addressing that the incident spoken of was on the wall set camera's of the institution and also in the special housing unit along with hand hold video camera showing that the petitioner suffered actual injury_

### Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** _Petitioner addresses that Dil·O Carol violated due process of the program statement which would and are contrary to principles held in S.ct. court case Wolff v. McDonneI, 418 U.S., 539, 556, 59, 563, 71, 94 S.ct. 2963 (1974)_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Whereas petitioner not only addressed his assualt by staff to D.H.O. Carol but also his right to (1) A 24 hour notice of charges against him (2) a right to call witness (3) a right to an impartial staff rep (4) A written statement of evidence behind the decision (5) a right to an impartial decision maker. D.H.O. Carol violated 2,3,4,5, of those required due process rights.

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes            ☐ No

**GROUND TWO:** D.H.O Carol violated petitioner rights to Evidence being brought to show his innocence.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The program statement for use of force specifically states that all time once the inmate is placed in hand restraints and escorted to a medical department the handheld index camera is to remain on the inmate until he is secured in a cell, to which petitioner pointed out to D.H.O carol yet he made judgment based on false statements of officer who violated Program Statement 3420.11 /8.12 standards of employees conduct.

(b) Did you present Ground Two in all appeals that were available to you?

☑ Yes            ☐ No

**GROUND THREE:** Each appeal office was inadequate in the investigation to the matter of due process as required by the Federal Bureau of Prisons due process clause under the program statement.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The program statement are a set of requirements, protocol and procedures that must be inforced to safe guard not only officers but the safety of inmates. By the D.H.O officer Carol refusing to adequate do the necessary investigation to the allegation of petitioner Tarrington assaulting a staff member caused the petition to not only be sanctioned, but denied adequate and reghteaus judgment to prove his innoence also the denial to have staff rep also hinder the petitioner because he ask for S.I.S to do a thorough investigation D.H.O. Carol created a

(b) Did you present Ground Three in all appeals that were available to you? road Block to do so.

☐ Yes            ☑ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** If D.H.O. Carol was unbias at disiplinary hearing he would have made a different finding, if indeed he would have acquired the evidence the petitioner sought, "U.S. v. LaVallee, 439 F.3d 670 (10th Cir. 2006)" affirming convictions of officers who beat prisoner and fabricated reports."

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

Petitioner was present at his D.H.O. hearing and specifically asked the D.H.O. officer Mr. Carol to please produce the vide footage he requested per the program statement to which the D.H.O. officer denied the petitioner the right to. Petitioner presents fact that if this Honorable Court review the program statement for "use of force" it would be sufficient grounds to over turn those findings, along with the fact that if this Court review those form of evidence it will show that those officers actually assaulted the petitioner with no provication

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☐ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:   Petition could on present the means of appealing the findings and also the assault done to his persons, materials were limited and petitioner was being treated wrongfully for litigating those wrong doings to his persons

**Request for Relief**

15. State exactly what you want the court to do:   Petitioner request that his gain time of 27 days be restored, the 5 point for vidence and the 5 points for variance be removed from his custody assessment and also that he be removed from S.M.U. the special management unit, along with his risk Recidivism Rate corrected and retured to midium status. By the D.H.O. erroneously finding the petitioner guilty he suffered these losses.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

On this 5th day of July 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7/5/2022

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_